**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Kim M Stump
      Debtor(s)

BKY. NO. 11-08047-RNO

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7835

                      Respectfully submitted,

                      **/s/ Thomas Puleo**
                      Thomas Puleo, Esquire
                      James C. Warmbrodt, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 825-6306  FAX (215) 825-6406
                      Attorney for Movant/Applicant